IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY HORSLEY,
     #705898
     Plaintiff,

vs.                                   Case No.: 3:12cv264/MCR/EMT

WARDEN FLORES, Warden
of Century Correctional Institution
     Defendant.
_____/

## O R D E R

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 26, 2012 (doc. 17), recommending that the complaint be dismissed without prejudice.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  However, instead of filing objections, the plaintiff filed a motion for leave to file an amended complaint (doc. 19).  Having fully considered the matter, the court determines that the motion for leave to file an amended complaint should be granted and the Report and Recommendation is therefore moot.

     Accordingly, it is now **ORDERED** as follows:

     1.     The plaintiff's Motion for Leave to File and Amended Complaint (doc. 19) is GRANTED.  The plaintiff shall have thirty (30) days to file an amended complaint.

     2.     The magistrate judge's Report and Recommendation (doc. 17) is MOOT.

     **DONE AND ORDERED** this 24th day of October, 2012.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**