# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**ANTHONY HORSLEY, 705898**

    **Plaintiff,**

v.                                  **CASE NO. 3:12-cv-264-MW/EMT**

**WARDEN FLORES, Warden of**
**Century Correctional Institution,**

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation ECF No. 34, filed February 5, 2013.  Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion.  The Clerk shall enter judgment stating "This cause is **DISMISSED** without prejudice."  The Clerk shall close the file.

SO ORDERED on February 28, 2013.

                                                      s/Mark E. Walker
                                                      United States District Judge