# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**ANTHONY HORSLEY, 705898**

v.                        CASE NO. 3:12-cv-264-MW/EMT

**WARDEN FLORES, Warden of Century Correctional Institution,**

       **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER DENYING MOTION AS MOOT

The Court has considered, without hearing, the Motion For Extension of Time, ECF No. 37. The Court **DENIES AS MOOT** Plaintiff's motion inasmuch as on February 28, 2013, this Court entered its Order Accepting and Adopting Report and Recommendation of the Magistrate at which time Plaintiff's complaint was dismissed without prejudice to Plaintiff's filing a new case.

The Clerk is directed to close the file.

SO ORDERED on March 1, 2013.

                                          s/Mark E. Walker
                                          United States District Judge